Edwin Aiwazian (SBN 232943)
*edwin@calljustice.com*
Tara Zabehi (SBN 314706)
*tara@calljustice.com*
Margaux Gundzik (SBN 340116)
*m.gundzik@calljustice.com*
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Telephone: (818) 265-1020 / Facsimile: (818) 265-1021

*Attorneys for* Plaintiff KENT SACHS

Phillip R. Maltin (SBN 153606)
*pmaltin@raineslaw.com*
Matthew D. Pate (SBN. 317136)
*mpate@raineslaw.com*
**RAINES FELDMAN LLP**
1800 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 440-4100 / Facsimile: (310) 691-1943

*Attorneys for* Defendants PANKOW OPERATING, INC.
and CHARLES PANKOW BUILDERS, LTD

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT SACHS, individually, and on behalf of other members of the general public similarly situated;<br><br>    Plaintiff,<br><br>    vs.<br><br>PANKOW OPERATING, INC., a California corporation; CHARLES PANKOW BUILDERS, LTD., a California limited partnership; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No.: 2:21-cv-07742-TJH (ADSx)<br>[Related Case No. 2:21-cv-08998-TJH-ADSx]<br><br>Honorable Terry J. Hatter Jr.<br>Courtroom #9B<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 41(a)(1)(A)(ii)  [38]  [JS-6]**<br><br>*[Filed concurrently with Joint Stipulation of Dismissal, and Declaration of Margaux Gundzik]*<br><br>Complaint Filed: September 20, 2021<br>Jury Trial Date:  None Set |

*(left margin vertical text)* **LAWYERS *for* JUSTICE, PC**  410 West Arden Avenue, Suite 203  Glendale, California 91203

## ORDER

Based on the parties' stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this case in its entirety as follows (1) dismiss Plaintiff's individual claims with prejudice and (2) dismiss his class claims without prejudice. All other existing dates and deadlines in this matter are hereby vacated.

**IT IS SO ORDERED**

DATED: MAY 23, 2023

By: _____
Hon. Terry J. Hatter Jr.
United States District Judge

LAWYERS *for* JUSTICE, PC
410 West Arden Avenue, Suite 203
Glendale, California 91203